**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MICHAEL NAPOLI,

              Plaintiff,

                                        **JUDGMENT**
   - against -                            CV 13-5828 (JFB) (AYS)

243 GLEN COVE AVENUE GRIMALDI,
INC., d/b/a GRIMALDI'S PIZZERIA, and
FRANK CIOLLI,

              Defendants.
---------------------------------------------------------------X

      A Memorandum and Order of Honorable Joseph F. Bianco, United States Circuit Judge

(sitting by designation), having been filed on September 6, 2019; concluding that plaintiff has

not shown by a preponderance of the evidence that defendants violated the minimum wage,

overtime and anti-retaliation provisions of the Fair Labor Standards Act ("FLSA") and New

York Labor Law ("NYLL"); concluding that plaintiff has not shown by a preponderance of the

evidence that he is entitled to relief in quasi-contract (*i.e. quantum meriut and unjust enrichment)*

between the parties; and directing the Clerk of the Court to enter judgment in favor of all

defendants on all claims, it is

      **ORDERED AND ADJUDGED** that plaintiff Micheal Napoli take nothing of defendants

243 Glen Cove Avenue Grimaldi, Inc., and Frank Ciolli; that plaintiff has not shown by a

preponderance of the evidence that defendants violated the minimum wage, overtime and anti-

retaliation provisions of the FLSA and NYLL; that plaintiff has not shown by a preponderance of

the evidence that he is entitled to relief in quasi-contract between the parties; and that this case is

closed.

Dated:  September 17, 2019
        Central Islip, New York

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT
                            BY:    /S/ JAMES J. TORITTO
                                        DEPUTY CLERK

2